1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9   ELIA RODRIGUEZ, an individual,

10              Plaintiff,

11   vs.

12   TVI, INC. d/b/a SAVERS; a Foreign
     Corporation; GOLD STAR VENTURE, LLC., a
13   Foreign Limited-Liability Company; DOE
     INDIVIDUALS 1-10 and ROE
14   CORPORATIONS/ENTITIES 1-10, inclusive,

15              Defendants.

CASE NO.  2:22-cv-01910-ART-BNW

**ORDER APPROVING**

**STIPULATION FOR DISMISSAL
WITHOUT PREJUDICE AS TO
DEFENDANT GOLD STAR
VENTURE, LLC**

16

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1 | **ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT GOLD STAR VENTURE, LLC**
2 |
3 |         IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ELIA
4 | RODRIGUEZ ("Plaintiff"), Defendant GOLD STAR VENTURE, LLC ("GOLD STAR") and
5 | Defendant TVI, INC. d/b/a SAVERS ("SAVERS"), by and through their respective undersigned
6 | counsel of record, that Plaintiff's Complaint, including all claims and causes of action alleged
7 | therein or which could have been alleged therein against GOLD STAR, be dismissed without
8 | prejudice, as against GOLD STAR only; and that each stipulating Party is to bear their own
9 | attorney fees, costs and expenses.
10 |         **IT IS SO STIPULATED**.

| | |
|---|---|
| DATED this 7th day of February 2023. | DATED this 7th day of February 2023. |
| THE COTTLE FIRM | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| */s/ Matthew G. Holland, Esq.* <br> MATTHEW G. HOLLAND, ESQ. <br> Nevada Bar No. 10370 <br> 8635 S. Eastern Avenue <br> Las Vegas, NV 89123 <br> *Attorneys for Plaintiff* <br> *ELIA RODRIGUEZ* | */s/ M. Craig Murdy, Esq.* <br> M. CRAIG MURDY, ESQ. <br> Nevada Bar No. 7108 <br> 6835 South Rainbow Boulevard, Suite 600 <br> Las Vegas, NV 89119 <br> *Attorneys for Defendant* <br> *TVI, INC. d/b/a SAVERS* |
| DATED this 7th day of February 2023. <br><br> THORNDAL ARMSTRONG, PC <br><br><br> */s/ Michael C. Hetey, Esq.* <br> MICHAEL C. HETEY, ESQ. <br> Nevada Bar No. 5668 <br> 1100 E. Bridger Avenue <br> Las Vegas, NV 89101 <br> *Attorneys for Defendant* <br> *GOLD STAR VENTURE, LLC* | |

///

///

**ORDER**

Based upon the stipulation of counsel for the Parties and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Complaint, including all claims and causes of action alleged therein or which could have been alleged therein, are dismissed without prejudice as against Defendant GOLD STAR VENTURE, LLC.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that each of the Parties shall bear their own attorney's fees, costs and expenses incurred herein.

IT IS SO ORDERED.

DATED: <u>February 8, 2023</u>

_____
Anne R. Traum
United States District Court Judge