UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIA RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TVI, INC. D/B/A SAVERS; a Foreign Corporation; GOLD STAR VENTURE, LLC, a Foreign Limited-Liability Company; DOE INDIVIDUALS 1-10 and ROE CORPORATIONS/ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01910-ART-BNW<br><br>**ORDER GRANTING**<br><br>**<u>STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT TVI, INC. D/B/A SAVERS WITH PREJUDICE</u>** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ELIA RODRIGUEZ and Defendant, TVI, INC. d/b/a SAVERS, by and through their respective counsel of record:

///

///

///

///

137386538.1                                                                 1

That any and all of Plaintiff's claims in their entirety against the aforementioned Defendant arising in and out of the above-referenced matter, shall now be dismissed with prejudice, the parties to bear their own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED March 8, 2024. | DATED March 8, 2024. |
| **THE COTTLE FIRM** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ Matthew Holland | /S/ STEVEN L. FOREMASTER |
| ROBERT W. COTTLE<br>Nevada Bar No. 04576<br>MATTHEW HOLLAND<br>Nevada Bar No. 10370<br>8635 S. Eastern Avenue<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff*<br>*Elia Rodriguez* | M. CRAIG MURDY<br>Nevada Bar No. 07108<br>STEVEN L. FOREMASTER<br>Nevada Bar No. 10350<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant TVI, Inc. d/b/a*<br>*Savers* |

**ORDER**

**IT IS SO ORDERED**.

DATED:  March 8th, 2024

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

4838-6690-7782.1